UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND J. LUTHER, <br><br> Plaintiff, <br><br> v. <br><br> PAT GLEBE, <br><br> Defendant. | CASE NO. C11-5387 RJB JRC <br><br> ORDER |

Plaintiff has sent the clerk's office a packet of documents for filing. There is not a motion attached to the packet. Written across the top of the first document, "Exhibit A," are comments such as "[t]his is proof of inept grievance procedure." Plaintiff may not place documents before the court in this manner. Plaintiff should consult the Federal Rules of Civil Procedure and this court's Local Rules.

The clerk of court is instructed to return the packet of documents to plaintiff unfiled.

DATED this 15th day of June, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1