UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYMOND JOEL LUTHER SR,

          Plaintiff,

   v.

PAT GLEBE.

          Defendant.

CASE NO. C11-5387-RJB-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. Defendant's motion for judgment on the pleadings is GRANTED. This action is dismissed WITH PREJUDICE.

3. Plaintiff has failed to plead any facts that implicate the only named defendant. While plaintiff complains of medical treatment, he does not show that the superintendent of the prison plays any part in medical decisions.

4. Plaintiff was given leave to file an amended complaint. When he failed to take any timely action leave to amend the complaint was withdrawn.

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1

5. The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 6th day of March, 2011.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2